The Ocean Accident and Guarantee Corporation, Ltd., Appellant, v. Marcus Contracting Co., Inc., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements to the appellant, and defendants punished for contempt by imposing a fine of two hundred and fifty dollars each. Defendants are directed to produce all information regarding payroll account from copies of Federal and State income tax returns, with leave to appellant to move at Special Term for further relief if the missing evidence or its equivalent is not supplied. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Choice Building Corporation, Plaintiff, v. Anton Larsen & Son, Inc., Appellant. Evco Holding Corporation, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Joseph M. Barnett and Another, Copartners, etc., Respondents, v. Globe and Rutgers Fire Insurance Company of the City of New York, Appellant.— Appeal withdrawn. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Solomon Albert and Another, Respondents, v. Hamilton Fire Insurance Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Stewart Browne, Respondent, v. Charles W. Berry, as Comptroller of the City of New York, and Others, Appellants.— Order modified by striking out the provision for the examination of the defendants Charles W. Berry, Shirley W. Wynne and Peter J. Dooling, and as so modified affirmed, with ten dollars costs and disbursements to said appellants as against the respondent, and with ten dollars costs and disbursements to the respondent as against the appellant Kleanair Radiator, Inc. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

The Crowell Corporation, Appellant, v. Baugh & Sons Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Elizabeth Marvin Butler and Others, Appellants, v. Bannister & Schell, Inc., and Another, Respondents, Impleaded with Muriel E. Gordon, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Allied Mutuals Liability Insurance Company, Appellant, v. Interstate Cork Company, Inc., Defendant, Impleaded with Frances Perkins, as Industrial Commissioner of the State of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Adele M. Feiber, Respondent, v. Edward Copeland, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.